UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID WILLIAM PALMER, II,

    Plaintiff,

v.                                              CASE NO. 3:18cv1387-MCR-CJK

WASHINGTON COUNTY,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 28, 2018. ECF No. 21. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's Motion to Dismiss, ECF No. 3, is **GRANTED** to the extent that Plaintiff's complaint is **DISMISSED** for lack of subject-matter jurisdiction.

3. Defendant's Motion for Rule 11 Sanctions and Motion for *Chapman* Auto Dismiss/Auto Shred Order, ECF No. 4, is **DENIED**.

4. Plaintiff's Motion Requesting Sanctions under Rule 11, ECF No. 14, is **DENIED**.

5. The clerk is directed to close the file.

**DONE AND ORDERED** this 22nd day of January 2019.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**